# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| QINBEN CHEN | ) | Case No. 1:21-MJ-260 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 23, 2021__ in the city/county of __Fairfax__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 1343; 18 U.S.C §1349 | Wire Fraud; Conspiracy |

This criminal complaint is based on these facts:

See Affidavit

☐ Continued on the attached sheet.

Reviewed by AUSA/SAUSA

Christopher Hood, AUSA
*Printed name and title*

*Complainant's signature*

Michael Jeng, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____ *(specify reliable electronic means).*

Date: 7/23/2021

Theresa C. Buchanan
Digitally signed by Theresa C. Buchanan
Date: 2021.07.23 11:24:01 -04'00'
*Judge's signature*

City and state: Alexandria, Virginia

Hon. Theresa C. Buchanan
*Printed name and title*