AO 442 (Rev. 11/11) Arrest Warrant                                                          11309700

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| QINBEN CHEN | ) | Case No. 1:21-MJ-260 |
|  | ) | |
|  | ) | |
|  | ) | |
|  | ) | |
| Defendant | | |

F I L E D
_ _ 8 2021
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   QINBEN CHEN                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C § 1343 (Wire Fraud); 18 U.S.C §1349 (Conspiracy)

Date:      07/23/2021

*Theresa C. Buchanan*
Digitally signed by Theresa C. Buchanan
Date: 2021.07.23 11:20:08 -04'00'

*Issuing officer's signature*

City and state:   Alexandria, Virginia                              Hon. Theresa C. Buchanan U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 7/23/2021, and the person was arrested on *(date)* 7/27/2021
at *(city and state)* Bowie, MD

Date: 7/28/2021

*Arresting officer's signature*

John Bohn Special Agent
*Printed name and title*