IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 1:21-cr-189 (RDA) |
| | ) | |
| QINBEN CHEN, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

This matter comes before the Court on the Government's Motion to Dismiss the Superseding Indictment ("Motion") pursuant to Federal Rule of Criminal Procedure 48(a). Dkt. 52. Upon consideration of the Motion, it is hereby ORDERED that the Motion is GRANTED; and it is

FURTHER ORDERED that the Superseding Indictment (Dkt. 32) is DISMISSED WITHOUT PREJUDICE; and it is

FURTHER ORDERED that the trial schedule for March 30 – April 1, 2022 is VACATED.

The Clerk is directed to forward copies of this Order to all counsel of record and to close this criminal action, removing all pre-trial hearings from the calendar.

It is SO ORDERED.

Alexandria, Virginia
February 10, 2022

_____/s/_____
Rossie D. Alston, Jr.
United States District Judge